NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

2014-1617, 2014-1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

Amici Curiae LG Electronics, Inc., Dell Inc., Google Inc., Intel Corporation, L Brands Inc., Newegg Inc., Ninestar Image Tech Limited, QVC, Inc., Samsung Electronics Co., SAS Institute Inc., and Xilinx, Inc. move to participate in the oral argument scheduled for October 2, 2015. Lexmark International, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Amici Curiae, LG Electronics, Inc., et al. is allotted 10 minutes of the 30 minutes previously allotted to Impression Products, Inc. Counsel for the amici curiae should docket the Response to Oral Argument Order event, by 3:00 p.m. Thursday, September 24, 2015 advising the court of the name of the attorney who will present its argument.

FOR THE COURT

September 22, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court